# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| EDITH WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CV416-264 |
| GOODWILL OF THE COASTAL EMPIRE, INC., | ) | |
| Defendant. | ) | |

## **ORDER**

In considering the parties' Joint Motion to File Under Seal (doc. 23) their Joint Motion to Stay (doc. 25) and for good cause shown, **IT IS HEREBY ORDERED** that the motion shall be filed under seal and remain sealed until further order of the Court.

**SO ORDERED,** this __12th__ day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA