# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| EDITH WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV416-264 |
| | ) | |
| GOODWILL OF THE COASTAL EMPIRE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In considering the parties' Joint Motion for Stay of Proceedings (doc. 25) and for good cause shown, **IT IS HEREBY ORDERED** that the proceedings in this matter are stayed pending resolution of the confidential settlement reached through private mediation between the parties. If the parties are unable to resolve this matter (*i.e.*, the settlement agreement is rejected by plaintiff's bankruptcy counsel, the Chapter 13 Trustee, or the Eastern District of Pennsylvania Bankruptcy Court), an amended proposed scheduling order governing the remainder of the case shall be submitted on or before September 9, 2017, and the stay shall be lifted at that time.

**SO ORDERED,** this  12th  day of June, 2017.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA