# In the United States District Court for the Southern District of Georgia Savannah Division

EDITH WILLIAMS,

Plaintiff,

v.

GOODWILL OF THE COASTAL EMPIRE, INC.,

Defendant.

CV 416-264

## ORDER

Plaintiff and Defendant have notified the Court that they have stipulated to the dismissal with prejudice of all claims by Plaintiff against Defendant in this action. Dkt. No. 28. The stipulation of dismissal complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, it is **ORDERED** that Plaintiff's claims against Defendant are in all respects dismissed with prejudice. Each party will bear its own costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 18 day of September, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)